IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KIMBERLY SUE WRIGHT,

    Plaintiff,

v.

CAROLYN W. COLVIN,
COMMISSIONER
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Civ. No. 3:15-cv-01356-AA

ORDER TO PAY EAJA FEES

AIKEN, Judge:

Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, $10,928.38 is awarded to Plaintiff in care of her attorney, Nancy J. Meserow, and the check for EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, if she has no recoverable debts under the Treasury Offset Program under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010); but any check will be mailed to Plaintiff's attorney, at her office.   In addition, Plaintiff is awarded $9.00 in postage expenses and $6.00 in photocopying expenses pursuant to 28 U.S.C. § 2412; and $400.00 in reimbursement of her filing fee as expenses pursuant to

28 U.S.C. § 1920, also payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Any checks issued for expenses, costs, and EAJA fees shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow:
7540 S.W. 51st Ave.
Portland, OR
97219

IT IS SO ORDERED.
DATED this 5 day of September, 2016.

*(signature)*

Ann Aiken,
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document on August 26, 2016 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Janice Hebert, Assistant U.S. Attorneys & the Office of General Counsel, SSA.

s/Nancy J. Meserow
Nancy J. Meserow OSB 820895
Attorney for Plaintiff

Certificate of Service, Wright v Com. Soc. Sec, 3:15 1356-AA